IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIC BANKS,** : | | |
| Plaintiff, : | | |
| : | CIVIL ACTION | |
| v. : | NO. 10-5048 | |
| : | | |
| **COLOPLAST CORP.,** : | | |
| Defendant. : | | |
| : | | |

### ORDER

**AND NOW,** this 27th day of February, 2012, upon review of Defendant's Motion for Summary Judgment [Doc. No. 10] and all responses and replies thereto, and for the reasons set forth in the attached memorandum opinion, it is hereby **ORDERED** that the Motion is **GRANTED** as to Plaintiff's negligence and negligence *per se* claims, and **DENIED** as to Plaintiff's strict liability claims.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**